IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OCIE L. NORRIS,

    Plaintiff,

vs.                                       CASE NO. 5:06cv135-SPM/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated July 27, 2007 (doc. 24). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc.24) is adopted and incorporated by reference in this order.

2.    The decision of the Commissioner is affirmed. The clerk shall close

the file.

DONE AND ORDERED this 30th day of August, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO. 5:06cv135-SPM/EMT